**FILED**
January 07, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANA GABRIELA MORA PEREZ, | § | |
| Petitioner, | § | |
| v. | § | NO. SA-25-CV-1556-OLG |
| PAMELA BONDI, United States Attorney General, *et al.*, | § | |
| Respondents. | § | |

# ORDER

Before the Court is Petitioner Ana Gabriela Mora Perez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1). On December 15, 2025, in response to the Petition, Respondents advised that Petitioner was granted a pre-conclusion voluntary departure pursuant to 8 U.S.C. § 1229c(a) by the Immigration Judge on November 25, 2025, and, thus, her immigration case has concluded. (Dkt. No. 5 at 1; *see* Dkt. No. 5-1.) Petitioner did not file a reply. Because Petitioner (A-Number 220-337-337) is no longer in Respondents' custody,[1] this habeas proceeding is moot. Accordingly, the Petition (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED this __6__ day of January 2026.

ORLANDO L. GARCIA
United States District Judge

---

[1] *See Online Detainee Locator*, U.S. Immigrations and Customs Enforcement, https://locator.ice.gov/odls/-/search (last visited Jan. 6, 2026).